Batista et al., Demandantes y Apelantes, *v.* Benítez, Demandado y Apelado.

Apelación procedente de la Corte de Distrito de San Juan, Sección Primera, en pleito sobre daños y perjuicios.

No. 2275.—Resuelto en noviembre 9, 1920.

Desestimación de Apelación—Transcripción Radicada Fuera de Término.—
Habiéndose radicado la transcripción del *record* en el presente caso fuera de término y después de haberle sido notificada al apelante una moción solicitando la desestimación del recurso, y apareciendo además que el apelante tuvo dos meses para hacer en tiempo la radicación, no existe base para que el Tribunal Supremo ejercite a favor del apelante la discreción que pueda asistirle, por lo que procede la desestimación del recurso.

Los hechos están expresados en la opinión.

Abogado de los apelantes: *Sr. Hugh R. Francis.*

Abogado del apelado: *Sr. M. Ginorio.*

El Juez Asociado Sr. del Toro, emitió la opinión del Tribunal.

En el presente caso la parte apelada solicitó la desestimación del recurso. Aparece que dictada sentencia contra el demandante, éste apeló y preparó una exposición que fué aprobada por la corte sentenciadora el 28 de mayo de 1920. El 30 de junio último a petición del apelante este tribunal le concedió una prórroga de treinta días contados a partir del 27 del propio mes para archivar la transcripción de los autos. Transcurrió dicho plazo sin que el apelante hiciera el archivo

y entonces la parte apelada, el 28 de julio, presentó una moción, notificada al apelante, solicitando la desestimación del recurso de acuerdo con el artículo 299 del Código de Enjuiciamiento Civil, tal como quedó enmendado por la Ley No. 81 de 1919, y el artículo 40 del Reglamento de este tribunal. El propio día 28 de julio la parte apelante solicitó nueva prórroga para archivar la transcripción y la petición fué denegada. Luego, el 31 de julio, archivó la transcripción. El tribunal entró en vacaciones y la vista de la moción de desestimación no se celebró hasta el primero de noviembre. Sólo compareció a ella el apelado por su abogado.

No habiéndose archivado la transcripción dentro del plazo fijado por la ley y prorrogado por la corte, es claro el derecho del apelado a pedir que se desestime el recurso. Sobre esto no hay duda alguna. Lo que es necesario considerar es si el hecho de haberse archivado la dicha transcripción antes de la vista de la moción, aunque lo fuera después de vencido el término, constituye una buena defensa.

Si la transcripción se hubiera archivado fuera de término, pero antes de presentarse la moción de desestimación, debería resolverse el caso en favor del apelante, pero habiéndose presentado después y apareciendo además que la exposición estaba aprobada desde el 28 de mayo y que el apelante tuvo dos meses para archivar la transcripción, sin que lo hiciera, no creemos que existe base para que este tribunal ejercite la discreción que pueda asistirle en casos de esta naturaleza en favor del apelante.

Debe desestimarse el recurso.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf y Aldrey.

El Juez Asociado Sr. Hutchison no tomó parte en la resolución de este caso.